United States Bankruptcy Court
Middle District of Florida

In re:  
ROCA LABS INC  
      Debtor

Case No. 17-09732-CPM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8     User: heatherb     Page 1 of 1     Date Rcvd: Nov 24, 2017  
                            Form ID: 309C     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2017.

```
db              +ROCA LABS INC,    PO BOX 950554,     Lake Mary, FL 32795-0554
27259695        +Don Juravin,    15118 Pendio Dr,     Montverde, FL 34756-3606
27259697        +George C Whiting,    5849 Lynn Lake Drive South,    A,   Saint Petersburg, FL 33712-6297
27259698        +Juravin, Incorporated,    Registered Agent Inc,    3030 N Rocky Point Dr,    Suite 150A,
                  Tampa, FL 33607-5803
27259699        +Must Cure Obesity, CO,    Registered Agent Inc,    3030 N Rocky Point Dr,    Suite 150A,
                  Tampa, FL 33607-5803
27259700        +Roca Labs Nutraceutical USA,    George C Whiting,    5849 Lynn Lake Drive South,    A,
                  Saint Petersburg, FL 33712-6297
27259701        +Superior Court of California,    111 N Hill Street,    Los Angeles, CA 90012-3117
27259702        +United States District Court,    801 North Florida Avenue,    Tampa, FL 33602-3800
27259703        +Zachary Lake et al,    Hamner Law Offices, APC,    555 W 5th Street 31st Floor,
                  Los Angeles, CA 90013-1018
27259704        +Zero Calorie Labs Inc,    George C Whiting,    5849 Lynn Lake Drive South,
                  Saint Petersburg, FL 33712-6297
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: glenn@thereidlawoffice.com Nov 24 2017 20:48:28     Glenn A Reid,
                  The Law Office of Glenn A Reid, P.A.,    3415 West Lake Mary Boulevard,    Suite 950554,
                  Lake Mary, FL  32798
tr              +EDI: QNMCAMERON.COM Nov 24 2017 20:48:00      Nicole M Cameron,    Nicole M. Cameron, P.A.,
                  235 Apollo Beach Boulevard, #231,    Apollo Beach, FL 33572-2251
ust             +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Nov 24 2017 20:49:19
                  United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                  Tampa, FL 33602-3949
27259696         E-mail/Text: bankruptcy@ftc.gov Nov 24 2017 20:49:12     Federal Trade Commission,
                  600 Pennsylvania Avenue, NW,    Mail Drop CC-10528,    Washington, DC 20580
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017                                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2017 at the address(es) listed below:

```
              Glenn A Reid    on behalf of Debtor    ROCA LABS INC glenn@thereidlawoffice.com,
               jennifer@thereidlawoffice.com;sol@thereidlawoffice.com
              Nicole M Cameron     trustee@tampabay.rr.com,    ncameron@ecf.epiqsystems.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor | **ROCA LABS INC** <br> Name | EIN **20–8616355** |
| United States Bankruptcy Court **Middle District of Florida** <br> Case number: **8:17–bk–09732–CPM** | | Date case filed for chapter **7  11/17/17** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ROCA LABS INC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO BOX 950554 <br> Lake Mary, FL 32795 | |
| 4. | **Debtor's attorney** <br> Name and address | Glenn A Reid <br> The Law Office of Glenn A Reid, P.A. <br> 3415 West Lake Mary Boulevard <br> Suite 950554 <br> Lake Mary, FL 32798 | Contact phone 386–235–1920 <br><br> Email: glenn@thereidlawoffice.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Nicole M Cameron <br> Nicole M. Cameron, P.A. <br> 235 Apollo Beach Boulevard, #231 <br> Apollo Beach, FL 33572 | Contact phone 813–645–8787 |
| 6. | **Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse <br> 801 North Florida Avenue, Suite 555 <br> Tampa, FL 33602 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 813–301–5162 <br><br> Date: November 24, 2017 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **December 15, 2017 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location: <br><br> **Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page **1**

| | | |
|---|---|---|
| **8.** | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. |
| | Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **2**