# United States Bankruptcy Court
## Middle District of Florida

In re  **ROCA LABS INC**                                                    Case No.
                              Debtor(s)                                     Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ROCA LABS INC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 17, 2017** | **/s/ Glenn A Reid PA** |
| Date | **Glenn A Reid PA** |
| | Signature of Attorney or Litigant |
| | Counsel for  **ROCA LABS INC** |
| | **Glenn A Reid PA** |
| | **3415 West Lake Mary Blvd** |
| | **#950554** |
| | **Lake Mary, FL 32746** |
| | **386-235-1920** |
| | **glenn@thereidlawoffice.com** |