United States Bankruptcy Court
Middle District of Florida

In re:  
ROCA LABS INC  
     Debtor

Case No. 17-09732-CPM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8     User: admin     Page 1 of 1     Date Rcvd: Mar 26, 2018  
                    Form ID: aPOCjck     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
```
db              +ROCA LABS INC,    PO BOX 950554,    Lake Mary, FL 32795-0554
27259695        +Don Juravin,    15118 Pendio Dr,    Montverde, FL 34756-3606
27259697        +George C Whiting,    5849 Lynn Lake Drive South,    A,    Saint Petersburg, FL 33712-6297
27259698        +Juravin, Incorporated,    Registered Agent Inc,    3030 N Rocky Point Dr,    Suite 150A,
                  Tampa, FL 33607-5803
27259699        +Must Cure Obesity, CO,    Registered Agent Inc,    3030 N Rocky Point Dr,    Suite 150A,
                  Tampa, FL 33607-5803
27259700        +Roca Labs Nutraceutical USA,    George C Whiting,    5849 Lynn Lake Drive South,    A,
                  Saint Petersburg, FL 33712-6297
27259701        +Superior Court of California,    111 N Hill Street,    Los Angeles, CA 90012-3117
27259702        +United States District Court,    801 North Florida Avenue,    Tampa, FL 33602-3800
27401168        +Zachary Lake,    Hamner Law Offices, APLC,    5023 Parkway Calabasas,    Calabasas, CA 91302-1421
27259703        +Zachary Lake et al,    Hamner Law Offices, APC,    555 W 5th Street 31st Floor,
                  Los Angeles, CA 90013-1018
27259704        +Zero Calorie Labs Inc,    George C Whiting,    5849 Lynn Lake Drive South,
                  Saint Petersburg, FL 33712-6297
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QNMCAMERON.COM Mar 27 2018 02:53:00      Nicole M Cameron,    Nicole M. Cameron, P.A.,
                  235 Apollo Beach Boulevard, #231,    Apollo Beach, FL 33572-2251
27259696         E-mail/Text: bankruptcy@ftc.gov Mar 26 2018 23:00:22      Federal Trade Commission,
                  600 Pennsylvania Avenue, NW,    Mail Drop CC-10528,    Washington, DC 20580
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
```
              Glenn A Reid    on behalf of Debtor    ROCA LABS INC glenn@thereidlawoffice.com,
               jennifer@thereidlawoffice.com;sol@thereidlawoffice.com
              Nicole M Cameron     trustee@tampabay.rr.com,    ncameron@ecf.epiqsystems.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

[Dnftpoc] [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:17−bk−09732−CPM
Chapter 7

ROCA LABS INC

_____Debtor(s)_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is June 25, 2018 .

A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − *www.flmb.uscourts.gov,* or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

Dated March 23, 2018 .

Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
All Interested Parties