**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-09732 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Roca Labs Inc | | | | Date Filed (f) or Converted (c): | 11/17/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/15/2017 |
| For Period Ending: | 09/30/2018 | | | | Claims Bar Date: | 06/25/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. roca Labs v. Cynthia Koroll | Unknown | Unknown | | 0.00 | FA |
| 2. Zero Calorie Labs Roca Labs vs, Jodie Barnes | Unknown | Unknown | | 0.00 | FA |
| 3. Florida Unclaimed Funds (u) | 0.00 | 150.57 | | 4,030.57 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $150.57 | $4,030.57 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/29/17 - QR - sent request for Fl unclaimed funds $150.57 - NMC

3/17/18 - QR - emailed FTC counsel to determine status of lawsuit against Debtor entities - NMC

3/22/18 - RR unclaimed funds more $ found and rcvd; filed not of assets - NMC

3/28/18 - emailed DA for info on any outstanding lawsuits filed by Debtor prior to BK - NMC

5/30/18 - QR - FTC has not found corp assets yet and has filed a MSJ; emailed f/u to DA re: lawsuits - NMC

9/26/18 - QR - FTC won on summary judgment w/documentation as to damages to be filed with Court for final ruling; emailed FTC atty re: collectibility of judgment (this ruling most likely negates state court liable cases) - NMC

Initial Projected Date of Final Report (TFR): 12/31/2020     Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:     /s/ Nicole M. Cameron     Date: 10/26/2018

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787

## FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 17-09732 | Trustee Name: | Nicole M. Cameron |
| Case Name: Roca Labs Inc | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX9332 |
| | | Checking |
| Taxpayer ID No: XX-XXX6355 | Blanket Bond (per case limit): | $26,930,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 3 | State of Florida - Dept. of Financial Services<br>200 E. Gains St.<br>Tallahassee, FL 32399-0358 | Payment of unclaimed funds - rcvd from State of Florida - ck#652964 | 1229-000 | $4,030.57 | | $4,030.57 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $4,030.57 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,030.57 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,030.57 | $0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $4,030.57 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9332 - Checking | $4,030.57 | $0.00 | $4,030.57 |
| | $4,030.57 | $0.00 | $4,030.57 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,030.57 |
| Total Gross Receipts: | $4,030.57 |

Trustee Signature:   /s/ Nicole M. Cameron   Date: 10/26/2018

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787

Page Subtotals:   $0.00   $0.00