**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  
Roca Labs Inc  
Debtor(s)  
_____/

CHAPTER 7

CASE NO.: 8:17-bk-09732-CPM

## APPLICATION TO EMPLOY ATTORNEY

COMES NOW the Trustee, NICOLE M. CAMERON, and respectfully represents:

1. That on Nov 17, 2017, the Debtor(s) filed for relief under Chapter 7 of the Bankruptcy Code.

2. Pursuant to 11 U.S.C. §327(a), NICOLE M. CAMERON, as Trustee, wishes to employ the firm of NICOLE M. CAMERON, P.A., of 235 Apollo Beach Blvd., #231, Apollo Beach, FL 33572, an attorney duly admitted to practice in this court.

3. Your applicant has selected said firm for the reasons that she and her associates have had experience in matters of this character, and the Trustee believes that said firm is well qualified to represent her as Trustee in this proceeding.

4. The professional services to be rendered by NICOLE M. CAMERON, P.A., are:

    a. To object to exemptions;

    b. To file any necessary applications, answers, orders, reports, complaints, and other legal papers to appear at hearings thereon;

    c. To represent the Trustee with the recovery and collection of assets belonging to the estate; and,

    d. To perform all other legal services for applicant to employ this attorney for such professional services.

5. To the best of Trustee's knowledge, said NICOLE M. CAMERON, P.A., represents no interest adverse to Trustee of the estate in the matters of which the firm is to be engaged for Trustee and the firm's employment would be in the best interest of this estate.

6. To the best of Trustee's knowledge, said NICOLE M. CAMERON, P.A., has no connection with the Debtor(s), the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee other than NICOLE M. CAMERON, is the Trustee in this case and has concluded that this employment is in the best interest of the estate.

7. The firm of NICOLE M. CAMERON, P.A., has indicated its willingness to act on the applicant's behalf.  Applicant has agreed to seek compensation at the attorney's standard hourly rates pursuant to the provisions of Section 330 of the Bankruptcy Code.  Your applicant desires authority to pay NICOLE M. CAMERON, P.A., hourly attorney's fees for partners of the firm at $325 per hour and associate attorneys at $265 per hour at such time and upon such circumstances that are deemed necessary and pursuant to Order of the Court.

WHEREFORE, your applicant prays that she be authorized to employ and appoint the firm of NICOLE M. CAMERON, P.A., under a general retainer, to represent her, as Trustee in this proceeding under Chapter 7 of said Bankruptcy Code, and to pay said firm a reasonable attorney's fee, and any other and further relief as is just.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on June 22, 2019.

/s/ Nicole M. Cameron
NICOLE M. CAMERON, TRUSTEE
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
(813) 645-8787
Florida Bar No. 0036860