**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CHAPTER 7
Roca Labs Inc
Debtor(s)  CASE NO.: 8:17-bk-09732-CPM
_____/

**VERIFIED STATEMENT**

I, NICOLE M. CAMERON, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. Section 1746 that the following statements are true and correct:

1. I am an attorney admitted to practice in the United States District Court for the Middle District of Florida.

2. I am not a creditor of the Debtor(s).

3. I am not an equity security holder of the Debtor(s).

4. I am not a relative of the Debtor(s).

5. I am not a general partner of the Debtor(s).

6. I am not a corporation of which the Debtor(s) is a director, officer, or person in control.

7. I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor(s).

8. I am not a person in control of the Debtor(s).

9. I am not a relative of a director, officer or person in control of the Debtor(s).

10. I am not the managing agent of the Debtor(s).

11. I have read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the Debtor(s), creditors any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Florida Bankruptcy Judge, except that I have been appointed the Chapter 7 Bankruptcy Trustee for the Debtor.

12. I have no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

13. The following are all payments made to myself or my firm by either the Debtor(s) or a third party for any services rendered on the Debtor(s)' behalf within a year prior to filing of this bankruptcy case: None.

14. The Debtor has the following affiliates (as defined by 11 U.S.C. §101(2)): None.

15. I am not an affiliate of the Debtor(s).

16. I hereby acknowledge that I have a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

I verify that the above statements are true to the extent of my present knowledge and belief.

DATED: June 22, 2019                    _____/s/ Nicole M. Cameron_____
                                        NICOLE M. CAMERON, TRUSTEE
                                        235 Apollo Beach Blvd., #231
                                        Apollo Beach, FL 33572
                                        (813) 645-8787
                                        Florida Bar No. 0036860