## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:  
Roca Labs, Inc.  
Debtor(s)  
_____/

CASE NO.: 08:17-bk-09732-CPM  
CHAPTER 7

## NOTICE OF SERVICE OF THIRD PARTY SUBPOENA

Nicole Cameron, Chapter 7 Trustee ("Trustee"), by and through her undersigned counsel, hereby files this Notice of Service of Third Party Subpoena and states that a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) has been served upon the following, in accordance with Federal Rule of Civil Procedure 45, as made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 9016:

1) PayPal  
   Attn. Dan Schulman, President  
   2211 N. 1st St.  
   San Jose, CA 95131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing of Service of Third Party Subpoena has been sent on June 22, 2019 via the Court's CM/ECF system to **Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602 and **Glenn A. Reid, Esq.,** 3415 W. Lake Mary Blvd., #950554, Lake Mary, FL 32798 and on June 24, 2019 to: **Roca Labs, Inc.,** PO Box 950554, Lake Mary, FL 32795

         /s/ Nicole M. Cameron  
NICOLE M. CAMERON, ESQUIRE  
235 Apollo Beach Blvd., #231  
Apollo Beach, FL 33572  
Phone: (813) 645-8787  
Fax: (866) 674-0164  
Florida Bar No.: 0036860