B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE:
Roca Labs Inc
Debtor(s)

To: PayPal
Attn. Dan Schulman, President
2211 N. 1st St., San Jose, CA 95131

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

CASE NO.: 8:17-bk-09732-CPM

CHAPTER 7

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the Place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents regarding Paypal account #12048951476810125 87. Documents should include a statement of incoming and outgoing transactions from November 17, 2016 through closing of the account; documents/information provided by the individual who opened the account; documentation of where any final payment was disbursed out of the account to include the payee of the final disbursement.

| PLACE | DATE AND TIME |
| --- | --- |
| Nicole M. Cameron, P.A.<br>235 Apollo Beach Blvd., #231,<br>Apollo Beach, FL 33572 | July 22, 2019<br>10:00am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other person who consent to testify on its behalf, and may set forth for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
| --- | --- |
| *[signature]* | 6-22-19 |
| ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER<br>Nicole M. Cameron, Esq.<br>235 APOLLO BEACH BLVD., #231<br>APOLLO BEACH, FL 33572<br>(813) 645-8787 | |

\* If the bankruptcy case is pending in district other than district in which the subpoena is issued, state district under case number.