ORDERED.

Dated: June 24, 2019

_____
Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                                    CHAPTER 7
Roca Labs Inc
Debtor(s)                                                                           CASE NO.: 8:17-bk-09732-CPM
_____/

**ORDER APPROVING APPLICATION OF TRUSTEE TO EMPLOY ATTORNEY**

This cause came on for consideration without hearing upon an Application to Employ Attorney [Doc. No. 8] filed by the Trustee in the above-captioned Chapter 7 case. The Court has considered the Application, together with the record, and finds that the Application seeks to employ the firm of NICOLE M. CAMERON, P.A., as counsel for the Trustee. As no notice of hearing on the Application should be given, and the attorney is duly admitted to practice in this Court, this Court is satisfied that the employment is necessary and would be in the best interest of the estate, and that the case is one justifying the employment of said attorney and it is, therefore

ORDERED, ADJUDGED and DECREED that the Application be and the same is hereby approved, and it is further

ORDERED, ADJUDGED and DECREED that the Trustee be, and she is hereby authorized to employ the firm of NICOLE M. CAMERON, P.A., and the amount of compensation of counsel shall be determined later in accordance with 11 U.S.C. §330 by Order of this Court upon properly submitted application for allowance filed in compliance with Bankruptcy Rule 2016.

Trustee, Nicole M. Cameron, is directed to serve a copy of this order on interested parties who are non-CM/ECF and to file a proof of service within 3 days of entry of the order.