**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
Roca Labs Inc                                              CHAPTER 7
Debtor(s)
_____/          CASE NO.: 8:17-bk-09732-CPM

**PROOF OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Order Approving Application of Trustee to Employ Attorney [Doc. No. 10] has been sent by U.S. Mail or the Court's CM/ECF system on June 27, 2019 to:

**Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602 (Via CM/ECF)

**Roca Labs Inc,** PO BOX 950554, LAKE MARY, FL 32795 (Via US Mail)

**Glenn A Reid, Esq.,** THE LAW OFFICE OF GLENN A REID, P.A., 3415 WEST LAKE MARY BOULEVARD, SUITE 950554, LAKE MARY, FL 32798 (Via CM/ECF)

                                                                      __/s/ Nicole M. Cameron_____
                                                          NICOLE M. CAMERON, TRUSTEE
                                                          235 Apollo Beach Blvd., #231
                                                          Apollo Beach, FL 33572
                                                          Phone: (813) 645-8787
                                                          Fax: (866) 674-0164
                                                          Florida Bar No.: 0036860