**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                           CHAPTER 7
ROCA LABS INC                      CASE NO.: 8:17-bk-09732-CPM
Debtor(s)
_____/

**APPLICATION TO EMPLOY ACCOUNTANT,**
**TO INCUR ADMNISTRATIVE EXPENSE, AND TO PAY ANY TAXES DUE**

    Nicole M. Cameron, Chapter 7 Trustee in the above case, files this Application to Employ Accountant, to Incur Administrative Expense pursuant to 11 U.S.C. §327(a), and to pay any taxes due and says:

1. The Trustee requires the services of an account to: a) Prepare Federal income tax returns, b) Prepare payroll tax returns, and c) Assist, advise and provide services to the Trustee in any other accounting and tax related matters which may arise during her appointment.

2. The Trustee desires to retain Alvin L. Hagerich, C.P.A., 14851 State Road 52 Unit 107-212, Hudson, Florida 34669 to perform the above-described accounting functions. Alvin L. Hagerich, C.P.A. is well qualified to perform the services necessary and expected.

3. I and my firm will be providing customary chapter 7 trustee accounting services at the rate of $175 per hour.

4. The Trustee requests authorization to pay any taxes due to the proper taxing authority as a result of the filing of the above tax returns.

5. Alvin L. Hagerich, C.P.A. is not a creditor of the Debtor and has no interest antagonistic to that of the Debtor or Trustee which would preclude representation herein and he is well qualified to perform the above-mentioned accounting services.

    WHEREFORE, the Trustee respectfully prays that this Court enter an Order authorizing the appointment of Alvin L. Hagerich, C.P.A. to conduct the professional services requested and to pay said accountant at the rates set forth above, pursuant to further order of this Court.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on March 12, 2020.

                                                                              /s/ Nicole M. Cameron
                                                                              NICOLE M. CAMERON, TRUSTEE
                                                                              235 Apollo Beach Blvd., #231
                                                                              Apollo Beach, FL 33572
                                                                              (813) 645-8787