IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          CHAPTER 7
ROCA LABS INC                                   CASE NO.:  8:17-bk-09732-CPM
Debtor(s)

_____/

## VERIFIED STATEMENT

I, ALVIN L. HAGERICH, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. Section 1746 that the following statements are true and correct:

1.  I am a Certified Public Accountant, licensed as such by the State of Florida.

2.  I am not a creditor of the Debtor(s).

3.  I am not an equity security holder of the Debtor(s).

4.  I am not a relative of the Debtor(s).

5.  I am not a general partner of the Debtor(s).

6.  I am not a corporation of which the Debtor(s) is a director, officer, or person in control.

7.  I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor(s).

8.  I am not a person in control of the Debtor(s).

9.  I am not a relative of a director, officer or person in control of the Debtor(s).

10. I am not the managing agent of the Debtor(s).

11. I am not and was not an investment banker for any outstanding security of the Debtor(s); has not been, within three years before the date of the filing of the petition, an investment banker for a security of the Debtor(s), or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtor(s); and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

12. I have read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the Debtor(s), creditors any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Florida Bankruptcy Judge.

13. I have no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

14. The following are all payments made to myself or my firm by either the Debtor(s) or a third party for any services rendered on the Debtor(s)' behalf within a year prior to filing of this bankruptcy case: None.

15. The Debtor has the following affiliates (as defined by 11 U.S.C. §101(2)): None.

16. I am not an affiliate of the Debtor(s).

17. I hereby acknowledge that I have a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified. I verify that the above statements are true to the extent of my present knowledge and belief.

DATED: March 11, 2020

ALVIN L. HAGERICH, CPA
14851 State Road 52 Unit 107-212
Hudson, FL 34669
(954) 473-9212