ORDERED.

Dated: March 16, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:                                 CHAPTER 7
ROCA LABS INC                  CASE NO.:  8:17-bk-09732-CPM
Debtor(s)
_____/

## ORDER APPROVING APPLICATION TO EMPLOY ACCOUNTANT, TO INCUR ADMINISTRATIVE EXPENSE, AND TO PAY ANY TAXES DUE

THIS CASE came on for consideration of the Application to Employ Accountant, to Incur Administrative Expense and to Pay Any Taxes Due filed by the Trustee [Doc. No. 14]. The Court, having reviewed the Application and being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED and DECREED**

1. The Trustee's Application to Employ Accountant, to Incur Administrative Expense and to Pay Any Taxes Due filed by the Trustee be, and the same is hereby, APPROVED.

2. The Trustee is hereby authorized to employ Alvin L. Hagerich, C.P.A. to perform accounting services for the estate as described in his application.

3. The Trustee is hereby authorized to pay any taxes due as determined by the filing of the tax returns described in the application.

4. Amount of compensation of applicant shall be determined later in accordance with 11 U.S.C. §330 by Order of this Court upon properly submitted application for allowance filed in compliance with Bankruptcy Rule 2016.

Trustee Nicole M. Cameron is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.