**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
Roca Labs Inc                                              CHAPTER 7
Debtor(s)
_____/                    CASE NO.: 8:17-bk-09732-CPM

## PROOF OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Order Approving Application to employ Accountant, to Incur Administrative Expense, and to Pay Any Taxes Due [Doc. No. 15] has been sent by U.S. Mail or the Court's CM/ECF system on March 17, 2020 to:

**Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602 (Via CM/ECF)

**Roca Labs Inc,** PO BOX 950554, LAKE MARY, FL 32795 (Via US Mail)

**Glenn A Reid, Esq.,** THE LAW OFFICE OF GLENN A REID, P.A., 3415 WEST LAKE MARY BOULEVARD, SUITE 950554, LAKE MARY, FL 32798 (Via CM/ECF)

**Alvin L. Hagerich, CPA** (Via Email)

                                                __/s/ Nicole M. Cameron_____
                                                NICOLE M. CAMERON, TRUSTEE
                                                235 Apollo Beach Blvd., #231
                                                Apollo Beach, FL 33572
                                                Phone: (813) 645-8787
                                                Fax: (866) 674-0164
                                                Florida Bar No.: 0036860