# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-09732 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Roca Labs Inc | | | | Date Filed (f) or Converted (c): | 11/17/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/15/2017 |
| For Period Ending: | 09/30/2020 | | | | Claims Bar Date: | 06/25/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. roca Labs v. Cynthia Koroll | Unknown | Unknown | | 0.00 | FA |
| 2. Zero Calorie Labs Roca Labs vs, Jodie Barnes | Unknown | Unknown | | 0.00 | FA |
| 3. Florida Unclaimed Funds (u) | 0.00 | 150.57 | | 4,030.57 | FA |
| 4. Paypal account 1204895147681012587 (u) | 0.00 | 11,580.97 | | 11,581.00 | FA |
| 5. Florida Unclaimed Funds #2 (u) | 0.00 | 13,924.85 | | 13,924.85 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $25,656.39 | $29,536.42 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/29/17 - QR - sent request for Fl unclaimed funds $150.57 - NMC

3/17/18 - QR - emailed FTC counsel to determine status of lawsuit against Debtor entities - NMC

3/22/18 - RR unclaimed funds more $ found and rcvd; filed not of assets - NMC

3/28/18 - emailed DA for info on any outstanding lawsuits filed by Debtor prior to BK - NMC

5/30/18 - QR - FTC has not found corp assets yet and has filed a MSJ; emailed f/u to DA re: lawsuits - NMC

9/26/18 - QR - FTC won on summary judgment w/documentation as to damages to be filed with Court for final ruling; emailed FTC atty re: collectibility of judgment (this ruling most likely negates state court liable cases) - NMC

11/21/18 - RR information regarding a paypal account from FTC; sent demand to paypal to release funds to BK estate - NMC

2/5/9 - QR - emailed f/u to atty for Paypal re: docs to prove who owns funds - NMC

6/22/19 - QR - sent Subp to Paypal for docs, R due 7/18/19; emailed f/u to FTC for any updates - NMC

7/20/19 - no R from Paypal; emailed BK Atty Kennedy (Mr. Juravin's individual case) to determine if funds from Paypal were sent to him - NMC

10/7/19 - QR - RR docs from Paypal; filed M/turnover as funds are in account marked as business and under Debtor's tax ID - NMC

3/6/20 - QR - sent 2nd FL Unclaimed funds request - NMC

3/9/20 - sent docs to CPA Hagerich to determine if any tax returns needed - NMC

3/12/20 - filed App Empl CPA Hagerich - NMC

9/9/20 - QR - signed estate tax returns for 2017-2019 - NMC


Initial Projected Date of Final Report (TFR): 12/31/2020        Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:        /s/ Nicole M. Cameron        Date: 10/01/2020

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-09732 | Trustee Name: Nicole M. Cameron |
| Case Name: Roca Labs Inc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9332 |
| | Checking |
| Taxpayer ID No: XX-XXX6355 | Blanket Bond (per case limit): $24,397,000.00 |
| For Period Ending: 09/30/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 3 | State of Florida - Dept. of Financial Services<br>200 E. Gains St.<br>Tallahassee, FL 32399-0358 | Payment of unclaimed funds - rcvd from State of Florida - ck#652964 | 1229-000 | $4,030.57 | | $4,030.57 |
| 11/04/19 | | Transfer to Acct # xxxxxx0251 | Transfer of Funds | 9999-000 | | $4,030.57 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,030.57 | $4,030.57 |
| Less: Bank Transfers/CD's | $0.00 | $4,030.57 |
| Subtotal | $4,030.57 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,030.57 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $4,030.57 | $4,030.57 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-09732 | Trustee Name: | Nicole M. Cameron |
| --- | --- | --- | --- |
| Case Name: | Roca Labs Inc | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0251 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6355 | Blanket Bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 09/30/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/19 | | Transfer from Acct # xxxxxx9332 | Transfer of Funds | 9999-000 | $4,030.57 | | $4,030.57 |
| 11/21/19 | 4 | PayPal<br>2211 N. First St.<br>San Jose, CA 95131 | Payment of non-exempt PP Payment of PayPal funds - rcvd from PalPal - ck#115796 | 1229-000 | $11,581.00 | | $15,611.57 |
| 04/21/20 | 5 | State of Florida - Dept. of Financial Services<br>200 E. Gains St.<br>Tallahassee, FL 32399-0358 | Payment of non-exempt PP Payment of unclaimed funds - rcvd from State of Florida - ck#276997 | 1229-000 | $13,924.85 | | $29,536.42 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $29,536.42 | $0.00 |
| Less: Bank Transfers/CD's | $4,030.57 | $0.00 |
| Subtotal | $25,505.85 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,505.85 | $0.00 |

Page Subtotals:  $29,536.42   $0.00

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0251 - Checking | $25,505.85 | $0.00 | $29,536.42 |
| XXXXXX9332 - Checking | $4,030.57 | $0.00 | $0.00 |
|  | $29,536.42 | $0.00 | $29,536.42 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $29,536.42 |
| Total Gross Receipts: | $29,536.42 |

Trustee Signature:   /s/ Nicole M. Cameron    Date: 10/01/2020

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787

Page Subtotals:                                                              $0.00              $0.00