IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
Roca Labs Inc  
Debtor(s)  
_____/

CHAPTER 7

CASE NO.: 08:17-bk-09732-CPM

**TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS
NO. 1, NO. 3, AND NO. 4 FILED BY ZACHARY LAKE, ON BEHALF OF
A PROPOSED CALIFORNIA CLASS ACTION**

COMES NOW the Trustee, NICOLE M. CAMERON, and hereby files her Objection to Claims No. 1, 3, and 4 filed by Zachary Lake, on Behalf of a Proposed California Class Action and in support of this Objection would show the following:

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602-3899, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

1. Claims No. 1, 3, and 4 filed by Zachary Lake, on behalf of a Proposed California Class Action contains no supporting documentation.

2. There is no fee agreement attached showing counsel represents the proposed California class action.

3. There are no documents attached showing a class action was filed and certified by the California Court.

4. There are no documents attached showing a judgment was entered against Debtor.

5. There are no documents attached showing how the claimant reached its figures and as such these claims are contingent and have not been reduced to judgment.

6. Trustee has requested additional documentation for these claims but has not received anything from the claimant.

WHEREFORE, the Trustee prays this Court sustain her Objection and disallow Claim No. 1, 3, and 4 filed by Zachary Lake, on behalf of a Proposed California Class Action.

Respectfully submitted,

/s/ Nicole M. Cameron
_____
Nicole M. Cameron, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection to Claim has been sent by the Court's CM/ECF system on April 27, 2021 to **Asst. U.S. TRUSTEE**, 501 E. POLK ST, SUITE 1200, TAMPA, FL 33602 and **Glenn A Reid, Esq.,** THE LAW OFFICE OF GLENN A REID, P.A., 3415 WEST LAKE MARY BOULEVARD, SUITE 950554, LAKE MARY, FL 32798 and via US Mail on April 28, 2021 to: **Roca Labs Inc,** PO BOX 950554, LAKE MARY, FL 32795 and Zachary Lake, c/o Hamner Law Offices, APLC, 5023 Calabasas Parkway, Calabasas, CA 91302.

  /s/ Nicole M. Cameron
NICOLE M. CAMERON, TRUSTEE
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
Phone: (813) 645-8787
Fax: (866) 674-0164
Florida Bar No.: 0036860